UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANTREZ JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:22-cv-00784-TWP-MG |
| ) | |
| KELLI, ) | |
| ) | |
| Defendant. ) | |

## ORDER DIRECTING SERVICE ON MADISON COUNTY SHERIFF AS AN INTERESTED PARTY

Dantrez Johnson is a former inmate of Madison County Jail. The Court previously issued an Order screening his amended complaint under 28 U.S.C. § 1915A. His Fourteenth Amendment claim alleging inadequate medical care was allowed to proceed against defendant "Nurse Kelli." (Docket Entry 18). All other claims were dismissed. (*Id.*).

Consistent with 28 U.S.C. § 1915(d), the Court sent a copy of the amended complaint, a copy of the screening order, and Notice of Lawsuit and Waiver of Service forms to defendant "Nurse Kelli" at Madison County Jail. (*Id.*); (Docket Entry 19). To date, "Nurse Kelli" has not returned these forms or otherwise appeared in this action.

It may be that the name Mr. Johnson provided, "Nurse Kelli," lacks enough specificity to ensure service of process. Accordingly, Mr. Johnson will be provided a period of time to conduct discovery to learn "Nurse Kelli's" full name. This shall proceed as follows:

A. Process will issue to the Madison County Sheriff, in the Sheriff's official capacity only, ("the Sheriff") for the purpose of permitting the Sheriff to appear in the action and respond to discovery regarding the identity of the medical defendant currently identified as "Nurse Kelli." The **clerk shall** send a copy of the amended complaint,

[17], and the Order screening the amended complaint [18], along with the Sheriff's copy of this Order.

B. The **clerk shall** add Madison County Sheriff as an interested party on the docket.

C. The Sheriff need not answer the allegations of the complaint, but simply needs to appear in the action **within 14 days of the issuance of this Order**.

D. Once the Sheriff appears in the action, Mr. Johnson shall have 45 calendar days in which to serve discovery on the Sheriff. Any such discovery shall be limited in scope to ascertaining "Nurse Kelli's" full name and the name of her employer.

E. Mr. Johnson shall have 45 days after the Sheriff responds to discovery in which to file an amended complaint, which will completely replace the original complaint. In filing an amended complaint, Mr. Johnson shall conform to the following guidelines: (a) the amended complaint shall comply with the requirement of Rule 8(a)(2) of the Federal Rules of Civil Procedure that pleadings contain (a) short and plain statement of the claim showing that the plaintiff is entitled to relief; (b) the amended complaint must include a demand for the relief sought; (c) the amended complaint must identify what legal injury they claim to have suffered and what persons are responsible for each such legal injury. The proposed amended complaint should have the proper case number, 1:22-cv-00784-TWP-MG, and the words "Amended Complaint" on the first page. The amended complaint will be screened in accordance with 28 USC § 1915A.

**IT IS SO ORDERED**.

Date: 6/6/2023

*[Signature]*

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

DANTREZ JOHNSON
3204 Ripple Drive
Anderson, IN 46012

Madison County Sheriff John Beeman
Madison County Sheriff's Department
720 Central Avenue
Anderson, Indiana 46016